## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

FAYE COTTMAN, *et al.*,                *

Plaintiffs                                        *

     v.                                             *      Case No. 1:21-cv-00837-SAG

BALTIMORE POLICE                       *
DEPARTMENT, *et al.*,
                                  *

Defendants                                    *

                                    *

*    *    *    *    *    *    *    *    *    *    *    *

## CONSENT MOTION TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

Defendants Baltimore Police Department ("BPD"), Detective Jeffrey A. Converse, Detective Destinee L. Macklin, Detective Annmarie Dipasquale, and Lieutenant Scott Dressler (collectively, the "Defendants") move to extend by fourteen days the deadline for the defendants to file responses to Plaintiffs' Amended Class Action Complaint (ECF 38) and, as good cause, state:

1.      Plaintiffs filed an amended complaint on July 8, 2021.

2.      On January 13, 2022, this Court issued a memorandum opinion and order granting in part Defendants' motions to dismiss.  *See* ECF 54-55.[1]

3.      Defendants request a fourteen-day extension of time to prepare responses to the Amended Complaint.

4.      Plaintiffs' counsel has consented to this relief.

---

[1]     Although the memorandum opinion and order are dated January 13, 2022, they were issued by ECF on January 14.

5.      This motion is not filed for any improper purpose or delay.  No party would be prejudiced by granting the requested relief.

WHEREFORE, the Defendants request that this Court grant this Consent Motion.

Dated: January 28, 2022                                      Respectfully submitted,

| | |
|---|---|
| James L. Shea<br>BALTIMORE CITY SOLICITOR<br><br>_/s/ Kara K. Lynch_<br>(signed with permission by Christopher C. Jeffries)<br>Elisabeth S. Walden, Bar No. 28684<br>Chief, Office of Legal Affairs<br>Kara K. Lynch, Bar No. 29351<br>Baltimore City Law Department<br>100 N. Holliday Street, Room 101<br>Baltimore, Maryland 21202<br>Tel: (410) 396-5259<br>Fax: (410) 396-2126<br>lisa.walden@baltimorepolice.org<br>kara.lynch@baltimorepolice.org<br><br>_Attorneys for BPD_ | _/s/ Christopher C. Jeffries_<br>Christopher C. Jeffries, Bar No. 28587<br>Louis P. Malick, Bar No. 11166<br>Kramon & Graham, P.A.<br>One South Street, Suite 2600<br>Baltimore, Maryland 21202<br>Tel: (410) 752-6030<br>Fax: (410) 539-1269<br>cjeffries@kg-law.com<br>lmalick@kg-law.com<br><br>_Attorneys for Defendants Detective Jeffrey A. Converse, Detective Destinee L. Macklin, Detective Annmarie Dipasquale, and Lieutenant Scott Dressler_ |