IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**FAYE COTTMAN**, *et al.*

       Plaintiffs,

  v.

**BALTIMORE POLICE DEPARTMENT**, *et al*.

       Defendants.

Civil Action No. 1:21-cv-00837-SAG

## OMNIBUS STATUS UPDATE AND JOINT MOTION REQUESTING MODIFICATION OF INITIAL SCHEDULING ORDER AND SEEKING A TEMPORARY PARTIAL STAY OF DISCOVERY

Pursuant to the Court's initial scheduling order, entered on February 18, 2022, Doc. # 66, the parties offer the following joint status update and proposed scheduling order.

1. **Early Settlement / ADR Conference**. The Parties agree that this case is appropriate for early settlement / ADR conference and request that such conference occur after the close of discovery and before trial.

2. **Consent to Magistrate.** The parties do not unanimously consent to proceeding before a United States Magistrate Judge.

3. **Discovery Conference / ESI Protocol.** The parties have conferred about discovery of electronically stored information (ESI) and will mutually agree to an ESI protocol.

4. **Joint Proposed Scheduling Order.**

Further, the Parties jointly move this Court to modify the initial scheduling order as follows:

| Deadline Date | Deadline Description |
| --- | --- |
| April 1, 2022 | Deadline for Defendants to file a Motion to Bifurcate *Monell* and individual claims[1] and Motion to Stay *Monell* discovery; deadline for individual Defendants to join in such motion(s) |
| May 2, 2022 | Deadline for Plaintiffs to oppose Motions to Bifurcate *Monell* and individual claims and to Stay *Monell* discovery; deadline for individual Defendants to oppose if not joining such motion(s) |
| May 23, 2022 | Deadline to submit Reply Briefs in support of Motions to Bifurcate *Monell* and individual claims and to Stay *Monell* discovery |
| Within 30 days of entry of a memorandum opinion and order on the Motions to Bifurcate *Monell* and individual claims and to Stay *Monell* discovery | Deadline for parties to submit an agreed revised scheduling order |

Finally, the Parties jointly agree to stay *Monell* discovery pending the outcome of Defendants' Motion to Stay *Monell* discovery. The Parties agree that pendency of Defendants' Motion to Stay *Monell* discovery will not prohibit fact discovery relating to the individual claims and such fact discovery may proceed immediately.

WHEREFORE, the Parties request that the Court grant this Joint Motion to Modify the Court's Initial Scheduling Order and to temporarily stay *Monell* discovery.

---

[1] Counts IV-IX as alleged against BPD comprise the *Monell* claims. Counts II, III, and VII as alleged against the individual Defendants comprise the individual claims.

Respectfully submitted,

Dated: March 4, 2022

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW | BALTIMORE CITY DEPARTMENT OF LAW |

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW

By: _____/s/_____
Tianna Mays (21597)
tmays@lawyerscommittee.org
(signed by Matthew Reeder with permission of Tianna Mays)
Arthur Ago (*admitted pro hac vice*)
aago@lawyerscommittee.org
(signed by Matthew Reeder with permission of Arthur Ago)

1500 K St. NW Suite 900
Washington, DC 20005
Tel (202) 662-8600
Fax. (202) 783-0857

*Attorneys for Class Plaintiffs*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/_____
Anne C. Malik (*admitted pro hac vice*)
amalik@orrick.com
(signed by Matthew Reeder with permission of Anne Malik)
Matthew Reeder (*admitted pro hac vice*)
mtreeder@orrick.com
Alison Epperson (*admitted pro hac vice*)
aepperson@orrick.com
(signed by Matthew Reeder with permission of Alison Epperson)
Olamide Olusesi (*admitted pro hac vice*)
oolusesi@orrick.com
(signed by Matthew Reeder with permission of Olamide Olusesi)

Columbia Center
1152 15th Street, N.W.
51 West 51st Street
Washington, DC 20005-1706
Tel. (202) 339-8400
Fax. (202) 339-8500

*Attorneys for Class Plaintiffs*

BALTIMORE CITY DEPARTMENT OF LAW

By: _____/s/_____
Elisabeth S. Walden (28684)
Kara K. Lynch, Chief Solicitor (29351)
kara.lynch@baltimorepolice.org
(signed by Matthew Reeder with permission of Kara Lynch)

100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
Tel (410) 396-5250
Fax. (410) 396-2126

*Attorneys for the BPD and Commissioner Defendants*

KRAMON & GRAHAM, P.A.

By: _____/s/_____
Christopher C. Jeffries (28587)
(signed by Matthew Reeder with permission of Christopher Jeffries)
Louis P. Malick (11166)
(signed by Matthew Reeder with permission of Louis Malick)

One South Street, Suite 2600
Baltimore, Maryland 21202
Tel: (410) 752-6030
Fax: (410) 539-1269
cjeffries@kg-law.com
lmalick@kg-law.com

*Attorneys for Defendants Detective Jeffrey A. Converse, Detective Destinee L. Macklin, Lieutenant Scott Dressler, and Detective Annmarie Dipasquale*