### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| FAYE COTTMAN, *et al*. | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No.: SAG-21-00837 |
| v. | * | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, | * | |
| *et al.,* | * | |
| | * | |
| Defendants. | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### BALTIMORE POLICE DEPARTMENT AND OFFICER DEFENDANTS' JOINT
### MOTION TO BIFURCATE *MONELL* CLAIM AND STAY DISCOVERY

Defendants, the Baltimore Police Department ("BPD") and Lieutenant Scott Dressler and

Officers Jeffrey Converse, Destinee Macklin, and Annmarie DiPasquale ("Officer Defendants"),

by and through their undersigned counsels and pursuant to Federal Rules of Civil Procedure 42(b)

and 26(d) move this Court to bifurcate the trial of Plaintiffs' claims against the Officer Defendants

from the *Monell* claim against BPD, and to stay discovery related to the *Monell* claim against BPD,

pending resolution of Plaintiffs' claims against the Officer Defendants.  A memorandum of law is

attached in support of this motion and is incorporated herein.

**WHEREFORE**, BPD and Officer Defendants, jointly, respectfully request that this Court

issue an Order: (1) bifurcating the proceedings in the above-captioned action; (2) staying discovery

as to Plaintiffs' claim against BPD pending the outcome of the proceedings between Plaintiffs and

the Officer Defendants; and (3) any other relief the Court deems just and proper.

Respectfully submitted,


James L. Shea
BALTIMORE CITY SOLICITOR

_____/s/_____

Elisabeth S. Walden (28684)
Chief, Police Legal Affairs
Kara K. Lynch (29351)
Chief Solicitor

Baltimore City Department of Law
Office of Legal Affairs
City Hall, Room 101
100 N. Holliday Street
Baltimore, MD 21202
410-396-2496 (telephone)
410-396-2126 (facsimile)
kara.lynch@baltimorepolice.org
*Attorneys for Defendant Baltimore Police
Department*

*/s/*_____
Christopher C. Jeffries (Federal Bar No. 28587)
(signed by Kara Lynch with permission of
Christopher Jeffries)
Louis P. Malick (Federal Bar No. 11166)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Tel: (410) 752-6030
Fax: (410) 539-1269
cjeffries@kg-law.com
lmalick@kg-law.com
*Attorneys for Officer Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st of April 2022, copies of the foregoing Joint Motion

to Bifurcate and Stay Discovery, Memorandum of Law in Support, and proposed Order were filed

with the United States District Court for the District of Maryland and forwarded to all counsel of

record via CM/ECF.

/s/_____
Kara K. Lynch (29351)