# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**FAYE COTTMAN**, *et al.*

    Plaintiffs,

v.

**BALTIMORE POLICE DEPARTMENT**,

*et al*.

    Defendants.

**Civil Action No.** 1:21-cv-00837-SAG

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Plaintiffs Faye Cottman, Amber Spencer, Audrey Carter, and Damon Gray ("Plaintiffs") and Defendants Baltimore Police Department ("BPD"), Detective Jeffrey Converse, Detective Destinee Macklin, Detective Annmarie Dipasquale, and Lieutenant Scott Dressler ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report pursuant to the Court's April 18, 2023 Order, *see* Dkt. 105.

1. On February 28, 2023, the parties conducted a virtual settlement conference with Magistrate Judge Coulson where they agreed to a settlement in principle.. The Court thereafter entered a letter order staying this case until settlement is finalized. Dkt. 102. The Order directed the parties to provide a status report on or before April 17, 2023. *Id.*

1

2. The parties continued to negotiate the details of a settlement through multiple meet-and-confers and exchanged proposals. On April 17, 2023, the parties alerted the Court that they planned to meet again with Judge Coulson on May 23, 2023. *See* Dkt. 104.

3. The parties met in person with Judge Coulson on May 23, 2023. The parties made substantial progress toward finalizing a settlement agreement at that conference.

4. Judge Coulson informed the parties by email that he conferred with this Court and received confirmation that the parties had until June 2, 2023, to submit a status report.

5. The parties continue to negotiate the remaining details of a potential settlement. They plan to exchange proposals in the coming weeks and do not believe that any further assistance from the Court is likely to be necessary.

6. For the reasons above, and for good cause showing, the Parties also respectfully request the Court to continue the stay in this case until July 31, 2023. The Parties agree to submit a joint status report to this Court on or before that date.

Respectfully submitted,

Dated: June 2, 2023.

*/s/*
Arthur Ago (*admitted pro hac vice*)
aago@lawyerscommittee.org
Tianna Mays (21597)
tmays@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW Suite 900
Washington, DC 20005
Tel: (202) 662-8600

*Attorneys for Class Plaintiffs*

| */s/* |
|---|
| Anne C. Malik (*admitted pro hac vice*) amalik@orrick.com (electronically signed by Arthur Ago with permission of Anne Malik) Benjamin F. Aiken (30529) baiken@orrick.com Orrick, Herrington & Sutcliffe, LLP Columbia Center 1152 15th Street, N.W. Washington, DC 20005 Tel: (202) 339-8400 Alison Epperson (*admitted pro hac vice*) aepperson@orrick.com Orrick, Herrington & Sutcliffe, LLP 51 W 52nd Street New York, NY 10019-6142 Tel: (212) 506-2622 Ciarra N. Carr *(admitted pro hac vice)* ccarr@orrick.com Orrick, Herrington & Sutcliffe, LLP 405 Howard Street San Francisco, CA 94105 Tel: (415) 773-5639 Jade Gasek (*admitted pro hac vice*) jgasek@orrick.com Orrick, Herrington & Sutcliffe, LLP 400 Capitol Mall Sacramento, CA 95814 Tel: (916) 447-9200 |

*Attorneys for Class Plaintiffs*

| */s/* |
|---|
| Kara K. Lynch, Chief Solicitor (29351) (electronically signed by Arthur Ago with permission of Kara Lynch) Gregory T. Fox (2147) Christine E. White (19185) Baltimore City Department of Law Office of Legal Affairs City Hall, Room 101 100 N. Holliday Street, Room 101 |

Baltimore, Maryland 21202
Tel (410) 396-5250
Fax. (410) 396-2126
kara.lynch@baltimorepolice.org
gregory.fox@baltimorepolice.org
christine.white@baltimorepolice.org

*Attorneys for Defendant Baltimore Police Department*

*/s/*

Louis P. Malick (Fed Bar No. 11166)
(electronically signed by Arthur Ago with permission of Louis Malick)
Christopher C. Jeffries (Fed. Bar No. 28587)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Phone: (410) 752-6030
cjeffries@kg-law.com
lmalick@kg-law.com

*Attorneys for Defendants Detective Jeffrey A. Converse, Detective Destinee L. Macklin, Lieutenant Scott Dressler and Detective AnnMarie DiPasquale*