


The Honorable Stephanie A. Gallagher
The Honorable J. Mark Coulson
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
+1 202-339-8400
orrick.com

      **Re:** *Faye Cottman, et al. v. Baltimore Police Dep't, et al.*, 1:21-cv-00837-SAG
      **(E-filed as correspondence via CM/ECF Next Gen.)**

July 21, 2023

Dear Judge Gallagher and Judge Coulson—

We write to inform you that Tianna Mays, one of Plaintiffs' counsel, has been selected to serve on the Board of Directors of the Federal Bar Association, Maryland Chapter. It is our understanding that Judge Gallagher serves on the Board of Directors and that Judge Coulson might also begin a period of service on the Board of Directors.

We notified all defense counsel and asked them whether they had any concerns that they wished us to convey in this letter. Defense counsel did not express any concerns to us.

We do not believe that this information implicates anything in the Code of Conduct for United States Judges,[1] but we are happy to address any concerns that the Court might have.

Sincerely,

Arthur Ago
Counsel for Plaintiffs
Lawyers' Committee for Civil Rights
1500 K Street, NW, Suite 900
Washington, DC 20005

/s/     Ben Aiken

C. Anne Malik
Ben Aiken
Counsel for Plaintiffs
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

Cc: Counsel for Defendants

---

[1] Available at https://www.uscourts.gov/judges-judgeships/code-conduct-united-states-judges.