IN THE UNITED STATES DISTRICT
COURT  DISTRICT OF MARYLAND

| | |
|---|---|
| **FAYE COTTMAN**, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**BALTIMORE POLICE DEPARTMENT**,<br><br>*et al*.<br><br>Defendants. | **Civil Action No.** 1:21-cv-00837-SAG |

### JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Plaintiffs Faye Cottman, Amber Spencer, Audrey Carter, and Damon Gray ("Plaintiffs") and Defendants Baltimore Police Department ("BPD"), Detective Jeffrey Converse, Detective Destinee Macklin, Detective Annmarie Dipasquale, and Lieutenant Scott Dressler ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report and Motion to Continue Stay.

1. On February 28, 2023, the Parties conducted a virtual settlement conference with Magistrate Judge Coulson where they agreed to a settlement in principle. The Court thereafter entered a letter order staying this case until settlement is finalized. Dkt. 102. The Order directed the Parties to provide a status report on or before April 17, 2023. *Id.*

2. The Parties continued to negotiate the details of a settlement through multiple meet-and-confers and exchanged proposals. On April 17, 2023, the Parties alerted

1

the Court that they planned to meet again with Judge Coulson on May 23, 2023. *See* Dkt. 104.

3. The Parties met in person with Judge Coulson on May 23, 2023. The Parties made substantial progress toward finalizing a settlement agreement at that conference. The Court granted the Parties' request to continue the stay until September 1, 2023, and to allow the parties to submit a joint status report on that date. Dkt. 110, 11.

4. On September 1, 2023, the Parties submitted a Joint Status Report and Motion to Continue Stay. The Court granted the Parties' request to continue the stay until October 1, 2023. Dkt. 115.

5. On October 2, 2023, the Parties submitted a second Joint Status Report and Motion to Continue Stay (Dkt. 116), which the Court granted the same day, Dkt. 117.

6. On December 1, 2023, the Parties submitted third Joint Status Report and Motion to Continue Stay (Dkt. 118), which the Court granted on December 4, 2023, Dkt. 119.

7. On January 31, 2024, the Parties submitted another Joint Status Report and Motion to Continue Stay (Dkt. 120), which the Court granted on February 1, 2024, Dkt. 121.

8. Plaintiffs and BPD continue to negotiate the remaining details of settlement and have exchanged several drafts of settlement documents.

9. The settlement between the Plaintiffs and BPD is complex and includes several forms of equitable relief and coordination between the named Plaintiffs as well as several BPD units.

10. Plaintiffs and BPD have finalized nearly all of the forms of equitable relief involved in this settlement and are working diligently to finalize negotiations and

the remaining forms of equitable relief.

11. The Parties met and conferred on February 14, 2024, regarding the remaining unresolved issues pertaining to the settlement and agree that the terms of the settlement are very close to being finalized.

12. Once the Plaintiffs and BPD have finalized the terms of the settlement, the Baltimore City Board of Estimates will need to approve the settlement. The Board of Estimates is expected to meet on March 6 and March 20, 2024.

13. For the reasons above, and for good cause shown, the Parties respectfully request the Court to continue the stay in this case until April 30, 2024, to provide sufficient time to finalize settlement and submit it to the Board of Estimates. The Parties anticipate finalizing the settlement by that date and, in the event they do not, agree to submit a joint status report to this Court on or before that date.

Respectfully submitted,

Dated: February 16, 2024

/s/
Anne C. Malik (*admitted pro hac vice*)
amalik@orrick.com
Orrick, Herrington & Sutcliffe, LLP
Columbia Center
1152 15th Street, N.W. Washington, DC 20005
Tel: (202) 339-8400

Alison Epperson (*admitted pro hac vice*)
aepperson@orrick.com
Orrick, Herrington & Sutcliffe, LLP 51 W 52nd Street
New York, NY 10019-6142 Tel: (212) 506-2622

Arthur Ago (*admitted pro hac vice*)
aago@lawyerscommittee.org Tianna Mays (21597)
tmays@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law 1500 K St. NW Suite 900
Washington, DC 20005
Tel: (202) 662-8600

Ciarra N. Carr *(admitted pro hac vice)*
ccarr@orrick.com
Orrick, Herrington & Sutcliffe, LLP 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5639

Jade Gasek (*admitted pro hac vice*)
jgasek@orrick.com
Orrick, Herrington & Sutcliffe, LLP 400 Capitol Mall
Sacramento, CA 95814
Tel: (916) 447-9200

*Attorneys for Class Plaintiffs*

/s/
Kara K. Lynch, Chief Solicitor (29351)
Gregory T. Fox (2147)
Christine E. White (19185)
Baltimore City Department of Law Office of Legal Affairs
City Hall, Room 101
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
Tel (410) 396-5250
Fax. (410) 396-2126
kara.lynch@baltimorepolice.org
gregory.fox@baltimorepolice.org
christine.white@baltimorepolice.org

*Attorneys for Defendant Baltimore Police Department*

/s/
Christopher C. Jeffries (Fed. Bar No. 28587) (electronically signed by Kara Lynch with permission)
Louis P. Malick (Fed Bar No. 11166)
Kramon & Graham, P.A.
One South Street, Suite 2600 Baltimore, Maryland 21202
Phone: (410) 752-6030
cjeffries@kg-law.com
lmalick@kg-law.com

*Attorneys for Defendants Detective Jeffrey A. Converse, Detective Destinee L. Macklin, Lieutenant Scott Dressler, and Detective AnnMarie DiPasquale*