IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **FAYE COTTMAN**, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**BALTIMORE POLICE DEPARTMENT**,<br>*et al.*<br><br>Defendants. | **Civil Action No.** 1:21-cv-00837-SAG |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Plaintiffs Faye Cottman, Amber Spencer, Audrey Carter, and Damon Gray ("Plaintiffs") and Defendants Baltimore Police Department ("BPD"), Detective Jeffrey Converse, Detective Destinee Macklin, Detective Annmarie Dipasquale, and Lieutenant Scott Dressler ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report and Motion to Continue Stay.

1. On February 28, 2023, the parties conducted a virtual settlement conference with Magistrate Judge Coulson where they agreed to a settlement in principle. The Court thereafter entered a letter order staying this case until settlement is finalized. Dkt. 102. The Order directed the parties to provide a status report on or before April 17, 2023. *Id.*

2. The parties continued to negotiate the details of a settlement through multiple meet-and-confers and exchanged proposals. On April 17, 2023, the parties alerted the Court that they planned to meet again with Judge Coulson on May 23, 2023. *See* Dkt. 104.

3. The parties met in person with Judge Coulson on May 23, 2023. The parties made

substantial progress toward finalizing a settlement agreement at that conference. The Court granted the parties' request to continue the stay until September 1, 2023, and to allow the parties to submit a joint status report on that date. Dkt. 110, 11.

4. Since then, the parties have submitted additional Joint Status Reports and Motions to Continue Stay as they continue to finalize the details of the settlement. *See* Dkts. 114, 118, 120.

5. Most recently, on February 16, 2024, the Parties submitted a Joint Status Report and Motion to Continue Stay (Dkt. 122), which the Court granted on February 16, 2024, Dkt. 123.

6. The settlement between the Parties is complex and includes several forms of equitable relief and coordination between the named Plaintiffs as well as several BPD units.

7. Plaintiffs and BPD are working diligently to finalize negotiations and the remaining forms of equitable relief.

8. Once the Plaintiffs and BPD have finalized the terms of the settlement and executed the relevant documentation, the Baltimore City Board of Estimates will need to approve the settlement. The Board of Estimates agency submission deadlines and meeting dates, combined with the need to finalize and execute the settlement documents, necessitate an extension of the stay in this matter.

9. For the reasons above, and for good cause shown, the Parties respectfully request the Court to continue the stay in this case until July 31, 2024, to provide sufficient time to finalize settlement and submit it to the Board of Estimates. The Parties anticipate finalizing the settlement by that date and, in the event they do not, agree to submit a joint status report to this Court on or before that date.

Respectfully submitted,

Dated: April 30, 2024                                             ____/s/____

Anne C. Malik (*admitted pro hac vice*)
amalik@orrick.com
Orrick, Herrington & Sutcliffe, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Tel: (202) 339-8400

Alison Epperson (*admitted pro hac vice*)
aepperson@orrick.com
Orrick, Herrington & Sutcliffe, LLP
51 W 52nd Street
New York, NY 10019-6142
Tel: (212) 506- 2622

Arthur Ago (*admitted pro hac vice*)
aago@lawyerscommittee.org
Tianna Mays (21597)
tmays@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW Suite 900
Washington, DC 20005
Tel: (202) 662-8600

Ciarra N. Carr *(admitted pro hac vice)*
ccarr@orrick.com
Orrick, Herrington & Sutcliffe,
LLP 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5639

Jade Gasek (*admitted pro hac vice*)
jgasek@orrick.com
Orrick, Herrington & Sutcliffe, LLP
400 Capitol Mall
Sacramento, CA 95814
Tel: (916) 447-9200

*Attorneys for Class Plaintiffs*

    /s/

Kara K. Lynch, Chief Solicitor (29351)
Gregory T. Fox (2147)
Christine E. White (19185)
Baltimore City Department of Law Office of Legal Affairs
City Hall, Room 101
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
Tel (410) 396-5250
Fax. (410) 396-2126
kara.lynch@baltimorepolice.org
gregory.fox@baltimorepolice.org
christine.white@baltimorepolice.org

*Attorneys for Defendant Baltimore Police Department*

    /s/
Christopher C. Jeffries (28587)
Louis P. Malick (11166)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Phone: (410) 752-6030
cjeffries@kg-law.com
lmalick@kg-law.com

*Attorneys for Defendants Detective Jeffrey A. Converse, Detective Destinee L. Macklin, Lieutenant Scott Dressler, and Detective AnnMarie DiPasquale*