UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **FAYE COTTMAN,** *et al.***,**<br><br>       Plaintiffs,<br>   v.<br><br>**BALTIMORE POLICE DEPARTMENT,**<br><br>*et al.***,**<br><br>       Defendants. | Case No.: 1:21-cv-00837-SAG |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Tianna Mays respectfully moves this Court for leave to withdraw as counsel for Plaintiffs. As of 5:00 PM on July 19, 2024, Ms. Mays will no longer be employed with the Lawyers' Committee for Civil Rights Under Law. Counsel from Orrick, Herrington & Sutcliffe, LLP will continue to represent Plaintiffs in this matter.

Dated: July 18, 2024

Respectfully submitted,

  */s/ Tianna Mays*
Tianna Mays
MD Bar No. 21597
Lawyers' Committee for
Civil Rights Under Law
1500 K Street NW Suite 900
Washington, D.C. 20005
(202) 662-8383
tmays@lawyerscommittee.org

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 18, 2024, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Maryland using the CM/ECF system. Counsel for all parties who have appeared in the case are registered CM/ECF users and will be served by the CM/ECF system.

                                             */s/ Tianna Mays*
                                             Tianna Mays
                                             MD Bar No. 21597
                                             Lawyers' Committee for
                                             Civil Rights Under Law
                                             1500 K Street NW Suite 900
                                             Washington, D.C. 20005
                                             (202) 662-8383
                                             tmays@lawyerscommittee.org